UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gordon C. Reid

    v.                                                         No. 06-fp-182

Strafford County Department of Corrections, et al.

**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $6.76 is due no later than June 15, 2006. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Strafford County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    This case has been assigned civil number **06-cv-182-JD**.

SO ORDERED.

                                                  /s/ James R. Muirhead
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: May 17, 2006

cc:    Gordon C. Reid, *pro se*
        Bonnie S. Reed, Financial Administrator
        Strafford County Dept. of Corrections, Inmate Accounts