```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Gordon C. Reid

    v.                                    Civil No. 06-cv-192-JD

Strafford County Department
of Corrections, et al.

### RECUSAL ORDER

Steven Monier, United States Marshal for the District of New Hampshire, is a named defendant in this case. Therefore, the undersigned recuse themselves from presiding over this matter.

SO ORDERED.

May 18, 2006                          _____
                                      Steven J. McAuliffe
                                      Chief Judge


May 18, 2006                          _____
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge


May 18, 2006                          /s/Paul Barbadoro_____
                                      Paul J. Barbadoro
                                      United States District Judge


May 18, 2006                          _____
                                      James R. Muirhead
                                      United States Magistrate Judge


cc:  Gordon C. Reid, pro se