UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gordon C. Reid</u>

    v.                                                Civil No. 06-cv-182-JD

<u>Strafford County Department
of Corrections Superintendent,
Steven R. Monier, Tess McPherson,
Kevin Sullivan, FNU McGowen,
and Fred Serne</u>

### TRANSFER ORDER

All of the judges in this district are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island.

    SO ORDERED.

                                                      _____
                                                      Steven J. McAuliffe
                                                      Chief Judge

May 19, 2006

cc:   Gordon C. Reid, *pro se*
       Clerk, U.S. District Court, RI