UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| GORDON C. REID,<br><br>    Plaintiff,<br><br>v.<br><br>WARREN F. DOWALIBY,<br>Superintendent, Strafford<br>County Department of<br>Corrections, et al.<br><br>    Defendants. | MISC. No. 06-44S |

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 23, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Temporary Restraining Order is DENIED.

By Order,

/s/
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 7/18/06