UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GORDON C. REID                               :
                                             :
    v.                                       :   C.A. No. 06-44S
                                             :
WARREN F. DOWALIBY,                          :
Superintendent, Strafford County             :
Department of Corrections, et als.           :

**MEMORANDUM AND ORDER**

This is a civil action pursuant to 42 U.S.C. § 1983, initiated by Plaintiff, Gordon C. Reid, a federal pretrial detainee. Three motions are currently before the Court: Plaintiff's Motion to Amend Complaint (Document No. 22), Plaintiff's Motion for Voluntary Dismissal as to Defendant Steven R. Monier, United States Marshal (Document No. 27) and Plaintiff's Motion for Copy of All Notice(s) and Order(s) (Document No. 28). The Motions were referred to this Court for determination. 28 U.S.C. § 636(b)(1)(B); LR Cv 72(a). After review of the Motions and independent research,

IT IS HEREBY ORDERED:

1.      Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's Motion for Voluntary Dismissal as to Defendant Steven R. Monier, United States Marshal (Document No. 27) is GRANTED absent opposition, LR (D.N.H.) 7.1(b).

2.      Pursuant to Fed. R. Civ. P. 15(a), Plaintiff's Motion to Amend Complaint (Document No. 22) is GRANTED absent opposition, LR (D.N.H.) 7.1(b). Plaintiff shall file his Amended Complaint, in the form attached as an exhibit to his Motion, within thirty (30) days of the date of this Order.

3.   Plaintiff's Motion for Copy of All Notice(s) and Order(s) is GRANTED. The Clerk shall forward to Plaintiff a copy of every Notice or Order issued by this Court in this case.

ENTER:                                                                PER ORDER:


/s/ Lincoln D. Almond                                      /s/ Jeannine Theall
LINCOLN D. ALMOND                                    Deputy Clerk
United States Magistrate Judge
September 15, 2006